**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    Plaintiff,<br><br>V.<br><br>**TYRONE BRACKENS,**    Defendant. | **CRIMINAL NO. 5:24-CR-107-KKC-MAS-1**<br><br><br>**ORDER** |

*** *** ***

This matter was referred to Magistrate Judge Matthew Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Stinnett filed a recommendation (DE 23) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Counts 1, 3, 7, and 10 of the Indictment. (DE 1.) No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

(1) The Court ADOPTS the recommendation (DE 23) and ACCEPTS the defendant's guilty plea; and

(2) The defendant is ADJUDGED GUILTY of Counts 1, 3, 7, and 10 of the Indictment (DE 1).

This 10th day of June, 2025.



Karen K. Caldwell
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY